

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| AARON G. HAUSER | * | CIVIL ACTION NO. 2:14-cv-2654 |
| DOC #105642 | * | SECTION P |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| | * | |
| N. BURL CAIN | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's second and successive petition for writ of *habeas corpus* (Rec. Doc. 1) be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631 for further proceedings in accordance with the provisions of 28 U.S.C. § 2244(b).

Lake Charles, Louisiana, this 4 day of Nov, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE