UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AARON G. HAUSER<br>D.O.C. # 105642 | * | CIVIL ACTION NO. 2:14-CV-02654 |
| v. | * | JUDGE MINALDI |
| N. BURL CAIN, WARDEN | * | MAGISTRATE JUDGE KAY |

*************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation regarding petitioner's application for a writ of habeas corpus (Rec. Doc. 21) and the Report and Recommendation regarding of the defendant's motion to remand (Rec. Doc. 22) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant's motion to remand is **GRANTED** and that the case be remanded to the trial court for resentencing.

Lake Charles, Louisiana, this 2 day of Sept _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE